IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENDO PHARMACEUTICALS INC. and PENWEST PHARMACEUTICALS CO., <br><br> Plaintiffs, <br><br> v. <br><br> IMPAX LABORATORIES, INC., <br><br> Defendant. | C. A. No. 08-463 GMS |

### DEFENDANT IMPAX LABORATORIES, INC.'S
### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Defendant certifies that Impax Laboratories, Inc. has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

/s/ Mary Matterer
Mary B. Matterer (I.D. No. 2696)
Amy Arnott Quinlan (I.D. No. 3021)
MORRIS JAMES LLP
500 Delaware Avenue, 15th Floor
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

Asim Bhansali
Klaus H. Hamm
Eric K. Chiu
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA  94111
(415) 391-5400

*Attorneys for Defendant*
*Impax Laboratories, Inc.*

Dated:  August 19, 2008